CA 05-143E

**Receipt 1:**

2. Article Number: 7160 3901 9842 6648 4792
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:

HARRY WILSON, SUPERINTENDENT
SCI FAYETTE
50 OVERLOOK DRIVE
LABELLE, PA. 15450-1050

5-143E,O/P,6/24/05,SRB

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Sandra Moses
B. Date of Delivery: 6/27/05
C. Signature: X Sandra Moses
D. Is delivery address different from item 1? ☐ Yes ☐ No

[Postmark: LABELLE PA 15450]

PS Form 3811, January 2003 — Domestic Return Receipt

---

**Receipt 2:**

2. Article Number: 7160 3901 9842 6648 4808
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:

ATTORNEY GENERAL COMMONWEALTH OF PA
564 FORBES AVENUE
6TH FLOOR MANOR BLDG
PITTSBURGH, PA. 15219

5-143E,O/P,6/24/05,SRB

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly):
B. Date of Delivery: 6/26/5
C. Signature: X [signature]
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, January 2003 — Domestic Return Receipt

---

**Receipt 3:**

2. Article Number: 7160 3901 9842 6648 4815
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:

ERIE COUNTY DISTRICT ATTORNEY
ERIE COUNTY COURTHOUSE
ERIE, PA. 16501

5-143E,O/P,6/24/05,SRB

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): J. Bailey
B. Date of Delivery: 6/27/05
C. Signature: X J. Bailey
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, January 2003 — Domestic Return Receipt