CA 05-143

SUSAN PARADISE BAXTER

I WOULD LIKE TO LET YOU NO THAT THIS IS MY NEW ADDRESS.

DELBERT MOSS, EA-4350
GA 27-1
SCI MERCER 801 BUTLER PIKE
MERCER, PA. 16137

SO YOU CAN LET ME NO ABOUT MY habeas corpus.

Thank you for your help

Delbert Moss

RECEIVED
JUL 1 3 2005
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA