IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF PENNSYLVANIA

__Delbert Moss__
Petitioner

V.

__Supt. Wilson__
Respondent

CIVIL ACTION
DOCKET# __1:05-CV-00143-MBC-SPB__
MAGISTRATE JUDGE
__Judge Susan Paradise__
DISTRICT JUDGE
__Judge Maurice B. Cohill, Jr.__

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, __Delbert Moss__, plaintiff, pro se, who respectfully represents the following in support of this Motion for Appointment of Counsel.

1. Petitioner has requested this court to appoint counsel to represent him in the above captioned matter, seeking __Modification__ relief.

2. This court has jurisdiction, pursuant to *18 U.S.C.A. §3006A(g)*, to appoint counsel concerning matters brought pursuant to *28 U.S.C.A. §2241, 2254, 2255 & 1983.*

3. For the reasons stated in the attached Brief in Support of Motion for Appointment of Counsel, this petitioner requests that counsel be appointed to assist him in this matter.

DATE: __5/1/06__

Respectfully submitted

SIGN: __Delbert Moss__
NAME: __Delbert Moss__
DOC#: __EA4350__
ADDRESS: __801 Butler Pike__
__Mercer, PA. 16137__

IN THE UNITED STATES DISTRICT COURT
FOR THE _WESTERN_ DISTRICT OF PENNSYLVANIA

_Delbert Moss_
Petitioner

V.

_Supt. Wilson_
Respondent

CIVIL ACTION
DOCKET# _1:05-CV-00143-MBC-SPB_
MAGISTRATE JUDGE
_Judge Susan Paradise_
DISTRICT JUDGE
_Judge Maurice B. Cohill, Jr._

## UNSWORN DECLARATION

I, _Delbert Moss_, hereby verify that the facts set forth in the foregoing Motion for Appointment of Counsel, are true and correct to the best of my personal knowledge, information, and belief, and that any false statements herein are made subject to the penalties of *28 U.S.C.A. §1746* (relating to unsworn falsifications to authorities)

DATE: _5/1/06_

Respectfully submitted

SIGN: _Delbert Moss_
NAME: _Delbert Moss_
DOC#: _EA-4350_
ADDRESS: _801 Butler Pike_
_Mercer, PA. 16137_

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF PENNSYLVANIA

__Delbert Moss__
    Petitioner

V.

__Supt. Wilson__
    Respondent

CIVIL ACTION
DOCKET# __1:05-cv-00143-MBC-SPB__
MAGISTRATE JUDGE
__Judge Susan Paradise__
DISTRICT JUDGE
__Judge Maurice B. Cohill, Jr.__

## PROOF OF SERVICE

I, __Delbert Moss__, hereby certify that I have served the foregoing Motion for Appointment for Counsel, upon the parties listed below, on __May 1, 06__ __To Parties Below__, this being pursuant to the *Federal Rules of Civil Procedure*, and in the manner listed below, which service satisfies the requirements of the *Pennsylvania Federal Rules of Civil Procedure*.

SERVICE BY FIRST CLASS MAIL, POSTAGE PRE-PAID

CLERK OF COURTS                                                     THREE (3) COPIES
US District Court (Erie)
Clerk
James A. Arack
829 US Post Office + Court House
7th Ave + Grant Ave
Pgh. Pa. 15219

RESPONDENT(S)                                                       ONE (1) COPY (EACH)
The District Attorney
of the County of Erie
140 West Sixth Street
Room 361
Erie, Pa. 16501

DATE: __5/1/06__

Respectfully submitted

SIGN: __Delbert Moss__
NAME: __Delbert Moss__
DOC#: __EA-4350__
ADDRESS: __801 Butler Pike__
__Mercer, Pa. 16137__

IN THE UNITED STATES DISTRICT COURT
FOR THE *WESTERN* DISTRICT OF PENNSYLVANIA

*Delbert Moss*         No. *1:05-CV-00143-MBC-SPB*

**Plaintiff,**

v.

*Supt. Wilson*

**Defendant**

## CERTIFICATE OF SERVICE

I, *Delbert Moss*, hereby certify that on *MAY 1, 06*, I caused to be served upon the following a true and correct copy of the foregoing *Motion for appointment of Couns.l* by mailing same first class, U.S. mail:

*Delbert Moss EA-4350*