Delbert Moss EA-4350
801 Butler Pike
Mercer, PA 16137

US District Court
Clerk
Jane A. Mack
829 US Post Office + Court House
7th Ave + Grant Street
Pgh. PA. 15219

