UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

**ROBERT V. BARTH, JR.**
**CLERK OF COURT**
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

March 30, 2007

Erie County Clerk of Courts
140 West Sixth Street
Erie PA  16501

    Re: <u>Delbert Moss v. Supt. Wilson</u>

    Civil Action No. <u>05-143 E</u>

Dear Sir:

    I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

    Please receipt for these records on the enclosed copy of this letter.

    Very truly yours,

    ROBERT V. BARTH, JR.
    CLERK OF COURT

    By: _/s/ Debra L. Mayo_
    Debra L. Mayo
    Deputy Clerk

Enclosures